**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF:<br><br>Charles E Conaway and Glennell Conaway<br><br><br>Debtors | Chapter 13 No.    11-48086<br><br>Judge    A. Benjamin Goldgar |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 16, 2017, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on November 16, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2399

**SERVICE LIST**

Charles E Conaway and Glennell Conaway
6626 S. Kimbark, Unit GS
Chicago, IL 60637

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Pamela V Manicioto
Robert J. Semrad & Associates, LLC
20 South Clark 28th Floor
Chicago, IL 60603